AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Steele, William H. | 2. Court or Organization<br><br>US District-So. Dist. Of AL | 3. Date of Report<br><br>08/29/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>113 St. Joseph Street<br>Mobile<br>AL 36602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-31-11 | Church Reader Fees | $3,710.00 |
| 2. 12-31-11 | Musician Fees | $715.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12-31-11 | Self-employed (accounting consultant) |
| 2. 12-31-11 | Retirement income from Retirement Systems of Alabama |
| 3. 12-31-11 | Deferred Compensation distribution from Public Nationwide Retirement Solutions (also shown in Part VII) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Advisors | Margin balance | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Account | A | Interest | K | T | | | | | |
| 2. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 3. Nationwide Retirement Solutions (457b)- (level of risk only) | E | Distribution | M | T | | | | | |
| 4. *Wells Fargo Advisors - (IRA) | A | Dividend | J | T | | | | | |
| 5. -Centennial Money Market | | | | | | | | | |
| 6. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 7. - Putnam International Growth Fund | | | | | | | | | |
| 8. -Precision Drilling | | | | | | | | | |
| 9. -Centerstaging (Y) | | | | | | | | | |
| 10. *Wells Fargo Advisors (IRA) | B | Dividend | L | T | | | | | |
| 11. - Alliance Bernstein Large-Cap Growth Class A | | | | | | | | | |
| 12. - Alliance Bernstein Global Thematic Growth Fund | | | | | | | | | |
| 13. - John Hancock Regional Bank | | | | | | | | | |
| 14. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 15. - Jennison Blend Fund Class A | | | | | | | | | |
| 16. *Wells Fargo Advisors | | | | | | | | | |
| 17. -Alliance Large Capital Growth | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -John Hancock Financial Industries | A | Dividend | J | T | | | | | |
| 19. *Wells Fargo Advisors | | | | | | | | | |
| 20. -Centennial Money Market | A | Interest | J | T | | | | | |
| 21. -Templeton Foreign | A | Dividend | K | T | | | | | |
| 22. -Mutual Shares (TESIX) | A | Dividend | K | T | | | | | |
| 23. -Putnam Allstate Advisor (Annuity) | | None | L | T | Sold (part) | 02/15/11 | N | | |
| 24. -Putnam FD for Growth & Income | A | Dividend | K | T | | | | | |
| 25. -Putnam Invt Fds Multi-Cap Value Fund | A | Dividend | K | T | | | | | |
| 26. -Fidelity Adv Emerging Markets Income Fund | B | Dividend | K | T | | | | | |
| 27. -Campbell Strategic Allocation Fund | A | Int./Div. | M | T | | | | | |
| 28. -Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 29. -Fundamental Investors Inc. (American Funds) | B | Dividend | L | T | | | | | |
| 30. -Growth Fund of America (American Funds) | A | Dividend | M | T | | | | | |
| 31. -New Economy Fund (American Funds) | A | Dividend | K | T | | | | | |
| 32. -Washington Mutual (American Funds) | B | Dividend | K | T | | | | | |
| 33. - Nationwide Annuity | | None | N | T | Buy | 02/15/11 | N | | |
| 34. *Wells Fargo Advisors - IRA (FBO) | B | Dividend | N | T | Distributed (part) | 10/26/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Putnam Intl. Growth Fund | | | | | | | | | |
| 36. -Putnam Invt Fds Multi-Cap Value Fund | | | | | | | | | |
| 37. -Putnam Voyager Fund | | | | | Sold (part) | 10/21/11 | J | | |
| 38. -Euro Pacific Growth (American Funds) | | | | | | | | | |
| 39. -Growth Fund of America (American Funds) | | | | | | | | | |
| 40. -Nuveen Diversified Commodity Fund | A | Int./Div. | | | Sold | 05/16/11 | J | | |
| 41. - Nuveen Short Duration Credit Opp. Fd. | | | | | Buy | 05/26/11 | J | | |
| 42. Steele Enterprises LLC | | None | M | U | | | | | |
| 43. Sun Life Assurance Co. of Canada (annuity-no control)(X2005) | E | Distribution | | | Expired | 03/01/11 | K | | |
| 44. Rental property,Orange Beach,AL | E | Rent | M | W | | | | | |
| 45. Guggenheim Funds (X) - Strategic Income Fund | | None | | | Sold | 04/04/11 | K | | |
| 46. Highland Capital (X) | | None | | | Sold | 05/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/29/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.1 - Bank name change

VII.3 - The Nationwide Retirement Solution (457b) - I am only able to select the Level of Risk in this retirement plan, and have no control over the selection of individual investments. Invesco VK Gr Inc A and WFA Disc Admn were added this year, and AmCent Vista Fd IC was deleted by the investment manager. Previously, I listed the investments that were chosen by the Investment Manager for my plan, but I now understand that listing these investments is not required, since I have no control over their selection. Therefore, the individual investments in this retirement plan have been deleted from the report.

VII.22 - Changed broker from Morgan Stanley Smith Barney LLC to Wells Fargo Advisors

VII.48 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

VII.various - '*' denotes header information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Steele**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544